JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Luis Marquez,<br><br>                Plaintiff,<br><br>     v.<br><br>Susan S James, et al,<br><br>                Defendant(s).<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

SACV 19-01945JVS(DFMx)

ORDER OF DISMISSAL UPON

SETTLEMENT OF CASE

      The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

      IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 2/20/20

                            James V. Selna<br>
                 United States District Judge