| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282<br>Amanda Seabock, Esq., SBN 289900 |
| 3 | Russell Handy, Esq., SBN 195058 |
| 4 | Dennis Price, Esq., SBN 279082<br>8033 Linda Vista Road, Suite 200, |
| 5 | San Diego, CA 92111 |
| 6 | (858) 375-7385; (888) 422-5191 fax<br>Attorneys for Plaintiff |
| 7 | GREGORY B. BEAM (SBN: 102443) |
| 8 | sbeck@beamlaw.net<br>GREGORY BEAM & ASSOCIATES, INC. |
| 9 | 23113 Plaza Pointe Drive, Suite 100 |
| 10 | Laguna Hills, California 92653<br>Telephone: (949) 598-5800 |
| 11 | Facsimile: (949)598-5815 |
| 12 | Attorneys for Defendant<br>Susan S. James |
| 13 | JOSEPH F. HENEIN (SBN: 296451) |
| 14 | Joseph@HeneinLaw.com<br>LAW OFFICE OF JOSEPH F. HENEIN |
| 15 | 6528 Greenleaf Avenue, Suite 202 |
| 16 | Whittier, California 90601<br>Telephone: (562) 236- 9646 |
| 17 | Facsimile: (562) 309- 8492 |
| 18 | Attorneys for Defendant<br>Samy's Liquor #2, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ,<br><br>　　　Plaintiff,<br>　　v.<br>SUSAN S. JAMES, in individual and representative capacity as trustee of The Pierre J. Nicolas trust dated April 4, 1995, as amended November 17, 2006; SAMY'S LIQUOR #2, INC, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 8:19-CV-01945-JVS-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 01,2020          CENTER FOR DISABILITY ACCESS

By:   /s/ Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorney for Plaintiff

Dated: June 01,2020          GREGORY BEAM & ASSOCIATES, INC.

By:   /s/ Gregory B. Beam
      Gregory B. Beam
      Attorney for Defendants
      Susan S. James

Dated: June 01,2020          LAW OFFICE OF JOSEPH F. HENEIN

By:   /s/ Joseph F. Henein
      Joseph F. Henein
      Attorney for Defendants
      Samy's Liquor #2, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Gregory B. Beam, counsel for Susan S. James, and Joseph F. Henein, counsel for Samy's Liquor #2, Inc., and that I have obtained authorization to affix their electronic signatures to this document.

Dated: June 01, 2020            CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorney for Plaintiff